FAREWELL, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division,

First Department. January 22, 1909.) Action by George E. Farewell against Frank B. Robinson. D. McCurdy, for appellant. G. E. Joseph, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.